**Anthony D. AMAKER, Plaintiff–Appellant,**

v.

**T. KELLY, Sgt., J. Landry, Lt., P.T. Justine O. Mayo, C.O., Thomas G. Eagan, D.A. Senkowski, M. Allard, Roy Girdich, G.S. Goord, Commissioner, J. Wood, I. Ellen, Dr., J. Mitchell, H. Worley, L. Wright, Dr., S. Nye, C.O., M. McKinnon, C.O., R. Rivers, L. Coryer, Sgt., A. Pavone, Sgt., L. Cayea, Sgt., D. Armitage, Lt., J. Carey, Capt., P.W. Annetts, R. Rivera, C.O., E. Aiken, S. Gideon, C.O., R. Lincoln, C.O., D. Linsley, C.O., Gordon, C.O., J. Reyell, C.O., D. Champagne, C.O., J. Kelsh, W. Carter, Sgt., F. Bushey, Phillip, Cho, Drom, Cho, Anthony J. Annucci, D. Leclair, T.L. Ricks, A.**

**Boucaud, H. Perry, Sgt., B. Baniler, Sgt., R. Lamora, Sgt., E.W. Liberty, Sgt., G. Ronsom, Lt., R. Maynard, C. Daggett, D. Selsky, K.M. Lapp, R. Sears, C.O., J. Babbie, C.O., Champagne, Sgt., K. Lee, Dr., R. Vaughan, C.O., M. Nisoff, Defendants–Appellees.**

Docket No. 02–0183.

United States Court of Appeals, Second Circuit.

Dec. 14, 2004.

Anthony D. Amaker, Comstock, N.Y., for Appellant, pro se.

Nancy A. Spiegel, Senior Assistant Solicitor General (Julie A. Sheridan, Assistant Solicitor General, of counsel), for Eliot Spitzer, Attorney General of the State of New York, Albany, N.Y., for Appellees.

PRESENT: OAKES, KATZMANN, and WESLEY, Circuit Judges.

SUMMARY ORDER

Anthony D. Amaker, *pro se,* appeals from an order of the United States District Court for the Northern District of New York (Scullin, *C.J.*) denying his motion for a preliminary injunction in his 42 U.S.C. § 1983 action. We affirm for substantially the reasons stated by the district court.

The judgment of the district court is **AFFIRMED.**